## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 118 WAL 2022

       Respondent    :

   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court

       v.    :

ANJOHNITO WILLET,    :

       Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.